# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on March 14, 2002
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code__VWDLSVvahvf

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
   v.
JUAN ROBLES-PONCE
AKA JOSE LUIS RODRIGUEZ-RENTERIA

USM # 76898-008
DOB 11/13/1969; MANY OTHER DOB'S
INS# - A74 320 897

No. CR-99-1640-1-TUC-RCC

**JUDGMENT AND COMMITMENT
REVOCATION OF SUPERVISED RELEASE**

Homero Torralba, CJA
Attorney for Defendant

On January 21, 2000, the defendant, present with counsel, appeared for sentencing for violating Title 8, United States Code, Section 1326(a), Illegal re-entry after deportation with sentencing enhancement pursuant to Title 8, USC §1326(b)(1), a Class C Felony offense as charged in the Information filed herein and the following sentence was imposed:

   The defendant was sentenced to a term of **EIGHT (8) MONTHS** imprisonment and upon release a **THIRTY-SIX (36) MONTH** term of supervised release.

On March 29, 2001, the United States Attorney filed a petition to revoke the term of supervised release. On January 28, 2002, the defendant appeared with counsel and admitted to violating the conditions of supervised release alleged allegation number 2. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on January 21, 2000, is **REVOKED** and the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **EIGHT (8) MONTHS, with credit for time served.** Upon release, the defendant shall serve **TWENTY-EIGHT (28) MONTH** term of supervised release. In addition tot eh standard conditions the following additional condition is imposed: 1) If deported, the defendant shall not illegally re-enter the United States.

**IT IS FURTHER ORDERED DISMISSING** allegation number 1.

March 7, 2002
Date of Imposition of Sentence

March 12, 2002
Dated

Raner C. Collins
United States District Judge

CC: USA-SANTANDER, PO, USM (2-CERT), OB, TORRALBA